| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **FILED**<br>**CLERK**<br>9:56 am, Oct 26, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

ABDULLAH GLOVER,

                Plaintiff,

-against-

VERIZON NEW YORK INC.,

                Defendant.

Civil Action No.:
2:21-cv-00740 (JMA) (AYS)

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Abdullah Glover and Defendant Verizon New York, Inc., by and through their undersigned counsel who are authorized by their respective clients to execute this Stipulation, that with respect to the above-captioned action, all claims asserted therein by Plaintiff against Defendant be dismissed in their entirety, with prejudice, and with no award of attorneys' fees, costs, and/or disbursements to any party.

By: _____
    Jason L. Solotaroff, Esq.
    Amy E. Robinson, Esq.

GISKAN SOLOTAROFF & ANDERSON, LLP
90 Broad Street, 10th Floor
New York NY 10004
(646) 964-9640
*Attorneys for Plaintiff*

Dated: October 21, 2021

By: _____
    Peter C. Moskowitz, Esq.
    Ryan C. Chapoteau, Esq.
    Gregory C. Brown, Jr., Esq.

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4000
*Attorneys for Defendant*

Dated: October 21, 2021

Dated: October 26, 2021
Central Islip, NY
SO ORDERED: /s/ Joan M. Azrack, USDJ

9